John M. Vrieze, CSB #115397
William F. Mitchell, CSB #159831
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA  95502
Tel:  (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants NHUHSD,
Lisa Gray, Geri Wood and Kenny Richards

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CALDERON, CLAUDIA D'ARCY-CALDERON,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN HUMBOLDT UNION HIGH SCHOOL DISTRICT ["NHUHSD"], LISA GRAY, GERI WOOD, KENNY RICHARDS, and DOES 1 Through 10,<br><br>Defendants. | CASE NO.: C 11-05113 NJV<br><br>**STIPULATED ORDER OF DISMISSAL** |

IT IS STIPULATED by and between plaintiffs STEPHANIE CALDERON and CLAUDIA D'ARCY-CALDERON, by and through their attorney, Peter Martin, and the NORTHERN HUMBOLDT UNION HIGH SCHOOL DISTRICT, LISA GRAY, an individual, GERI WOOD, an individual, and KENNY RICHARDS, an individual, by and through the Law Offices of Mitchell, Brisso, Delaney & Vrieze, LLP, subject to approval of the Court as follows:

1) All claims presented by the Complaint of plaintiffs STEPHANIE CALDERON and CLAUDIA D'ARCY-CALDERON, in the above-entitled matter shall be dismissed

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1
**STIPULATED ORDER OF DISMISSAL**

1  with prejudice as to all parties pursuant to Rule 41(a) of the Federal Rules of Civil
2  Procedure;
3       2) All parties to bear their own costs and attorneys' fees.

6  DATED: 10/29/12          By:   /s/ Peter Martin
7                                  Peter Martin
                                   Attorney for Plaintiffs

9  DATED: 10/29/12          MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

10                          By:   /s/ John M. Vrieze
11                                 John M. Vrieze
                                   Attorneys for Defendants

14                  *********************************

16 **IT IS SO ORDERED.**

19 DATED: October 31, 2012   _____
20                           Honorable Judge Nandor A Vadas

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502